USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
MERCY CASTILLO, JESSICA LORA, and :
ULISES RODRIGUEZ, *individually and on behalf of all* :
*others similarly situated*, :  1:21-cv-02824-GHW
                               Plaintiffs, :
: ORDER
              - against - :
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL, :
:
                               Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiffs' August 4, 2021 request for an extension of time to apply for an order to show cause as to why default judgment should be granted, Dkt. No. 19, is granted. Any application for an order to show cause as to why default judgment should be granted is due no later than September 6, 2021.

Plaintiffs are directed to serve this order on Defendants and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                               _____
                                                 GREGORY H. WOODS
                                            United States District Judge