```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
MERCY CASTILLO, JESSICA LORA, and :
ULISES RODRIGUEZ, *individually and on behalf of all* :
*others similarly situated*, :                  1:21-cv-02824-GHW
                      Plaintiffs, :
:                  ORDER
            - against - :
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL, :
:
                      Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Parties' August 26, 2021 request for leave to refile their application to extend Defendants' time to answer or otherwise respond to Plaintiffs' Amended Complaint, Dkt. No 26, is granted.  The application is due no later than September 2, 2021.

      The Court also understands that Plaintiffs' Amended Complaint was filed as their amendment of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

      SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                                                      GREGORY H. WOODS
                                                     United States District Judge