```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                :
MERCY CASTILLO, JESSICA LORA, and      :
ULISES RODRIGUEZ, *individually and on behalf of all*:
*others similarly situated*,                           :         1:21-cv-02824-GHW
                                Plaintiffs,     :
                                                :                  <u>ORDER</u>
                        - against -                      :
                                                :
"EL SAN JUAN" CITY ISLAND ON 5TH AVE  :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL, :
                                                :
                                  Defendants.     :
                                                :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       The Court has received the *ex parte* order to show cause to withdraw as counsel filed by Defendants' counsel on March 15, 2022. The Court will hold a conference to discuss that motion on April 13, 2022 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

       **In addition to the parties' counsel, Manuel Vidal, Josefina Vidal, and a representative of "El San Juan" City Island on 5th Ave, LLC ("Defendants") are ordered to personally attend the conference.** If they do not attend the conference, that could result in the Court finding them to be in default and the Court entering judgment against them.

       The conference will be conducted in English, and the parties and/or their counsel will be required to participate in English. Defendants may use the services of an interpreter. Should they choose to do so, they are directed to contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the conference. Defendants will bear the cost of interpretation services. If Defendants decide to retain an interpreter, they should inform the Court of that decision by letter no later than April 6, 2022.

That letter should include the name and phone number of the interpreter they have retained.

SO ORDERED.

Dated: March 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge