# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2022

## KATZMELINGER

370 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld                                                        o: 212.460.0047
Katz Melinger PLLC                                                     f: 212.428.6811
                                                          ndgrunfeld@katzmelinger.com

June 28, 2022

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Castillo et al. v. "El San Juan" City Island on 5th Ave LLC et al.*
      <u>Civil Action No. 21-cv-02824</u>

Your Honor:

    We represent Plaintiffs in the above-captioned matter, and write to request an extension of the deadline to file a motion for default judgment, currently set for July 5, 2022. This is the first such request.

    Although we have worked diligently and promptly to draft much of the required submissions, an unforeseen staffing shortage makes it difficult for us to timely finalize the motion and comply with the in-person delivery requirements of Your Honor's Individual Rules of Practice. Accordingly, we respectfully request a two-week extension, to July 19, 2022, in order to file the motion for default.

          Respectfully,

          */Nicole Grunfeld/*

          Nicole Grunfeld

   Application granted.  The Court expects that any application for an order to show cause for for default judgment will be filed no later than July 19, 2022.

SO ORDERED.

Dated:  June 28, 2022                                        _____
New York, New York                                          GREGORY H. WOODS
                                                            United States District Judge