USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                     :
MERCY CASTILLO, JESSICA LORA, and       :
ULISES RODRIGUEZ, *individually and on behalf of all* :
*others similarly situated*,                          :                    1:21-cv-02824-GHW
                                        Plaintiffs,  :
                                                     :                           ORDER
            - against -                              :
                                                     :
"EL SAN JUAN" CITY ISLAND ON 5TH AVE    :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL,  :
                                                     :
                                        Defendants.  :
                                                     :
------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record during the hearing on September 16, 2022, the Plaintiffs

are directed to provide supplemental materials in support of the Motion for a Default Judgment to

the Court by October 7, 2022.  The Plaintiffs are further directed to serve this order and the

supplemental submissions on Defendants and file proof of service by October 11, 2022.

        The Court shall hold a hearing on the Motion for a Default Judgment on November 1, 2022

at 1:00 p.m.  The conference will take place in Courtroom 12C of the United States District Court

for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl

Street, New York, New York, 10007.

SO ORDERED.

Dated:  September 16, 2022
        New York, New York                  _____
                                                  GREGORY H. WOODS
                                                United States District Judge