USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :

MERCY CASTILLO, JESSICA LORA, and :
ULISES RODRIGUEZ, *individually and on behalf of all* :
*others similarly situated*, :     1:21-cv-02824-GHW
                                    Plaintiffs, :
                                                :     <u>ORDER</u>
                - against - :

"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL, :
                                   Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On September 16, 2022, the Court directed Plaintiffs to file supplemental declarations by October 11, 2022. While the Court is in receipt of Plaintiffs' supplemental declarations (Dkt. Nos. 73-76), Plaintiffs failed to file a supplemental memorandum of law in support of the declarations. Accordingly, Plaintiffs are directed to file a supplemental memorandum of law by October 18, 2022 explaining the impact of the supplemental declarations.

        Plaintiffs are further directed to serve this order and supplemental memorandum of law on Defendants and file proof of service by October 21, 2022.

SO ORDERED.

Dated: October 11, 2022
         New York, New York

                                                                        GREGORY H. WOODS
                                                                    United States District Judge