```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
MERCY CASTILLO, JESSICA LORA, and :
ULISES RODRIGUEZ, *individually and on behalf of all* :
*others similarly situated*, :       1:21-cv-02824-GHW
                                    Plaintiffs, :
: ORDER
                - against - :
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, and JOSEFINA VIDAL, :
:
                                    Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the hearing held on October 26, 2022, the conference scheduled for November 1, 2022 is adjourned *sine die*.

The parties are directed to meet and confer regarding vacating the certificates of default entered against all Defendants by the Clerk of Court on June 2, 2022. Dkt. No. 61. If the parties are unsuccessful in reaching a mutual agreement on this issue, Defendants' motion to vacate the default pursuant to Federal Rule of Civil Procedure 55(c) is due by December 9, 2022. Plaintiffs' opposition is due within 2 weeks following service of Defendants' motion. The reply, if any, is due two weeks after service of Plaintiffs' opposition.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge