|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------- X<br>:<br>MERCY CASTILLO, JESSICA LORA, *and* ULISES :<br>RODRIGUEZ, *individually and on behalf of all others* :<br>*similarly situated*, :<br>                                  Plaintiffs, :<br>                                  :<br>            - against - :<br>:<br>"EL SAN JUAN" CITY ISLAND ON 5TH AVE :<br>LLC, MANUEL VIDAL, *and* JOSEFINA VIDAL, :<br>:<br>                                Defendants. :<br>:<br>------------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/16/2023<br><br><br>1:21-cv-02824-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

        On November 16, 2023, the Court held a teleconference to discuss Cohen, LaBarbera & Landrigan, LLP's motion to withdraw as counsel of record for Defendants. *See* Dkt. No. 106. For the reasons stated on the record during that conference, Cohen, LaBarbera & Landrigan, LLP's motion is granted. As stated on the record during the November 16, 2023 conference, the case is stayed until December 16, 2023 so that Defendants may secure new counsel. The Court expects that Defendants' new counsel will file a notice of appearance no later than December 16, 2023.

        If counsel for "El San Juan" City Island on 5th Ave LLC, has not entered a notice of appearance by December 16, 2023, the Court expects to enter a default judgment against "El San Juan" City Island on 5th Ave LLC.

        In addition, as discussed during the November 16, 2023 conference, the Court will hold a status conference with respect to the discovery disputes in this matter by telephone on January 11, 2024 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Specifically, the parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the

pound (#) key.

The following procedures shall apply to all teleconferences with the Court: Counsel should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time. To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, counsel are required to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another. The recording of any court conference is prohibited by law. Like in-person conferences, telephone conferences are open to the public. Members of the public or the press may join a telephone conference using the dial-in information above.

If counsel for Mr. Vidal and Ms. Vidal, individually, has not entered a notice of appearance by January 11, 2024, Mr. Vidal and Ms. Vidal themselves must appear at the January 11, 2024 conference to litigate the case *pro se*.

The Clerk of Court is directed to (1) remove attorney Thomas Charles Landrigan from the list of active counsel in this case; and (2) update the address for both Manuel Vidal and Josefina Vidal on the docket and mail a copy of this order to Defendants Manuel Vidal and Josefina Vidal at:

> 9-20 166th St.
> Apt. 6B
> Whitestone, NY 11357

SO ORDERED.

Dated: November 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge