UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                         :

MERCY CASTILLO, JESSICA LORA, *and* ULISES :
RODRIGUEZ, *individually and on behalf of all others*
*similarly situated*,                                                        :         1:21-cv-2824-GHW
                                        Plaintiffs,    :
                                                                         :                ORDER

            - against -                         :

"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* JOSEFINA VIDAL, :

                                     Defendants.   :
----------------------------------------------------------------- X

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 1/8/2024 | |

GREGORY H. WOODS, United States District Judge:

        As stated in the Court's December 4, 2023 order, Dkt. No. 114, the conference scheduled to take place on January 11, 2024 at 4:00 p.m. will be conducted in person at Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  Again, if counsel for Mr. Vidal and Ms. Vidal, individually, has not entered a notice of appearance by January 11, 2024, Mr. Vidal and Ms. Vidal themselves must appear at the January 11, 2024 conference in person to litigate the case pro se.  If they do not attend the conference, that could result in the Court finding them to be in default and the Court entering judgment against them.  The Clerk of Court is directed to mail a copy of this order to Defendants Mr. Vidal and Ms. Vidal at 9-20 166th St., Apt. 6B, Whitestone, NY 11357.

        SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                                                      _____
                                                                         GREGORY H. WOODS
                                                                     United States District Judge