```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                          :

MERCY CASTILLO, JESSICA LORA, *and* ULISES :
RODRIGUEZ, *individually and on behalf of all others* :
*similarly situated*,                             :           1:21-cv-2824-GHW
                                 Plaintiffs, :
                                                 :                 ORDER

             - against -                     :

"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL,                                                :
                                 Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On March 5, 2024, counsel for Defendants filed a notice of appearance in this case. Dkt. No. 123. Counsel for Defendants is directed to review the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. In addition, counsel for Defendants is directed to review the existing scheduling orders in this case, which continue to apply, and with which the parties must comply. This includes the order entered at Dkt. No. 120, ordering Defendants to provide responses to Plaintiffs' outstanding discovery requests by no later than March 13, 2024.

      SO ORDERED.

Dated: March 5, 2024
New York, New York

                                                              GREGORY H. WOODS
                                                          United States District Judge