USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                 :
MERCY CASTILLO, JESSICA LORA, *and* ULISES :
RODRIGUEZ, *individually and on behalf of all others* :
*similarly situated*,                            :            1:21-cv-2824-GHW
                             Plaintiffs, :
                                   :                ORDER
             - against -                  :
                                   :
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL,                                        :
                            Defendants. :
                                       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on July 1, 2024, any motion for a protective order

regarding Ms. Vidal is due no later than July 8, 2024.  Any opposition is due no later than July 15,

2024.  Any reply is due no later than July 18, 2024.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 132.

      SO ORDERED.

Dated: July 1, 2024                          _____
New York, New York                     GREGORY H. WOODS
                                     United States District Judge