```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
MERCY CASTILLO, JESSICA LORA, ULISES :
RODRIGUEZ, *and* EMILIO RUIZ, *individually and* :
*on behalf of all others similarly situated*, :    1:21-cv-2824-GHW
                  Plaintiffs, :
: ORDER
       - against - :
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL, :
                  Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 8, 2024, the parties jointly requested an extension of the deadline to complete fact discovery from August 8, 2024 to August 30, 2024, in order to conduct the deposition of Plaintiff Ulises Rodriguez. Dkt. No. 147. The Court will grant the parties' request. The deadline to complete fact discovery is extended for the sole purpose of permitting this deposition.

The parties' discovery deadlines are hereby modified as follows: 1) the deadline for completion of fact discovery is extended to August 30, 2024; (2) the deadline for depositions pursuant to F.R.C.P. 30-31 is extended to August 30, 2024; (3) the deadline for completion of expert discovery is extended to October 14, 2024; (4) the deadline for disclosures, under F.R.C.P. 26(a)(2), of party-proponents and party-opponents that intend to offer expert testimony on claims is extended to August 30, 2024 (party-proponents) and September 14, 2024 (party-opponents); and (5) the deadline for filing of motions for summary judgment is extended to November 13, 2024.

Additionally, the in-person post-discovery status conference previously scheduled for October 10, 2024 is hereby adjourned to November 1, 2024 at 2:00 p.m. The joint letter due in advance of that conference should be filed on ECF no later than October 25, 2024. All other deadlines set in the Court's previous case management plan remain in full force and effect.

The parties should not expect further extensions of discovery deadlines. The parties are reminded that sanctions may be imposed as a result of a party's failure to appear at a deposition under the circumstances described in Fed. R. Civ. P. 37(d)(1)(A)(i).

SO ORDERED.

Dated: August 8, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge