```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
MERCY CASTILLO, *et al.*, *individually and on behalf of* :
*all others similarly situated*, :
                                         Plaintiffs, :      1:21-cv-2824-GHW
:
              - against - :      <u>ORDER</u>
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL, :
                                        Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the telephone conference held on November 1, 2024, Plaintiffs' motion for partial summary judgment is due by December 13, 2024; Defendants' opposition is due four weeks after the date of service of Plaintiffs' motion; and Plaintiffs' reply, if any, is due two weeks after the date of service of Defendants' opposition.

       In addition, Defendants' motion for summary judgment is due by December 13, 2024; Plaintiffs' opposition is due four weeks after the date of service of Defendants' motion; and Defendants' reply, if any, is due two weeks after the date of service of Plaintiffs' opposition.

       SO ORDERED.

Dated: November 1, 2024
New York, New York
                                                                     GREGORY H. WOODS
                                                              United States District Judge