```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
MERCY CASTILLO, *et al.*, *individually and on behalf of* :
*all others similarly situated*, :
                                 Plaintiffs, :      1:21-cv-2824-GHW
:
                - against - :      <u>ORDER</u>
:
"EL SAN JUAN" CITY ISLAND ON 5TH AVE :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL, :
                               Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     For the reasons stated on the record during the telephone conference held on July 7, 2025, Plaintiffs' motion for partial summary judgment is DENIED and Defendants' motion for partial summary judgment is DENIED. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 166, 167, 168, 169, 170, 172, 175, and 177.

     SO ORDERED.

Dated: July 7, 2025  
New York, New York

                                                      GREGORY H. WOODS  
                                                   United States District Judge