```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                    :
MERCY CASTILLO, *et al.*, *individually and on behalf of* :
*all others similarly situated,*                    :
                                   Plaintiffs,      :          1:21-cv-2824-GHW
                                                    :
                    - against -                     :          ORDER
                                                    :
"EL SAN JUAN" CITY ISLAND ON 5TH AVE  :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL,                                              :
                                   Defendants.      :
                                                    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        A bench trial in this matter will begin on **February 17, 2026 at 9:00 a.m.**  The parties are

directed to submit a joint pretrial order, memoranda of law,[1] and the other pretrial materials outlined

in the Court's Individual Rule 5 no later than **December 1, 2025**.  Opposition papers to any legal

argument in a pretrial memorandum must be filed within seven days thereafter, and reply papers

must be filed within four days of any opposition.  Additionally, by **December 1, 2025**, the parties

are directed to submit to the Court affidavits constituting the direct testimony of each trial witness,

except for testimony of an adverse party, a person whose attendance must be compelled by

subpoena, or a person for whom a party has requested and the Court has agreed to hear direct

testimony during the trial.  Three business days after submission of such affidavits, counsel for each

party should submit a list of all affiants whom he or she intends to cross-examine at the trial.  The

original affidavits will be marked as exhibits at trial.  The parties are directed to the Court's

Individual Rule 5(D)(ii) for additional instructions regarding the submission of direct testimony by

affidavit.

---

[1] While submission of pretrial memoranda of law is optional under this Court's Individual Rule 5, in this case, the parties
are specifically ordered to submit pretrial memoranda of law.

Any motions *in limine* must also be filed no later than **December 1, 2025**. As outlined in the Court's Individual Rule 5(B)(i), if any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed; courtesy copies of all other trial materials are due when filed. Courtesy copies should be provided in hard copy and in a thumb drive.

The Court will hold a final pretrial conference in this case on **January 14, 2026 at 10:00 a.m.** to discuss the parties' pretrial submissions and, if necessary, to hear oral argument and potentially rule on any motions *in limine*. Both the final pretrial conference and the bench trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  July 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge