USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                       :
MERCY CASTILLO, *et al.*, *individually and on behalf of* :
*all others similarly situated*,                               :
                                 Plaintiffs,     :         1:21-cv-2824-GHW
                                                       :
               - against -                     :            <u>ORDER</u>
                                                       :
"EL SAN JUAN" CITY ISLAND ON 5TH AVE    :
LLC, MANUEL VIDAL, *and* ALMA JOSEPHINE :
VIDAL,                                                  :
                                       Defendants.    :
                                                       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       In light of the parties' consent pursuant to 28 U.S.C. § 636(c) to conduct all further proceedings in this action before Judge Gorenstein, Dkt. No. 209, the trial scheduled to take place before Judge Woods and all associated deadlines are adjourned. The deadlines set forth in Judge Woods's July 7, 2025 order, including the December 1, 2025 deadline for the parties to submit pretrial materials, the January 14, 2026 final pretrial conference, and the February 17, 2026 date for the commencement of trial, are adjourned. *See* Dkt. No. 205.

       SO ORDERED.

Dated: July 7, 2025                                        _____
New York, New York                                 GREGORY H. WOODS
                                                               United States District Judge