UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MERCY CASTILLO et al                                :

                                                    :          <u>ORDER OF DISCONTINUANCE</u>

                            Plaintiffs,                               21 Civ. 2824 (GWG)

                                                    :

          -v.-

                                                    :

                                                    :

EL SAN JUAN CITY ISLAND ON
5TH AVE LLC et al.,                       :

                                                    :

                            Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On July 15, 2025, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).   By letter dated September 12, 2025, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party.   If either party wishes to reinstate this matter, the party must make a letter application to the undersigned within 30 days seeking to re-open this matter.   Any application to reopen filed after the 30-day period has expired may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot.   The Clerk is requested to close the case.

      SO ORDERED.

Dated: September 12, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge