# *MARK J. WEINSTEIN, ESQ.*

November 14, 2025

**VIA EMAIL**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

Re:   Castillo et al v. El San Juan City Island on 5th Ave LLC et al
      Civil Action No. 1:21-cv-02824-GHW
      Request for Extension

Dear Judge Gorenstein:

I am counsel to Defendants, "El San Juan" City Island on 5th Ave LLC ("Corporate Defendant"), Manuel Vidal and Josefina Vidal (collectively, "Defendants") and write jointly with Plaintiffs' counsel to request an extension of thirty days to submit the settlement agreement and motion for approval.

On October 14, 2025, the Court directed us to submit the agreement and *Cheeks* motion on or before November 14, 2025. Although the agreement has been finalized, it is still awaiting translation for, and signatures by, the parties. Accordingly, we request an extension until December 15, 2025, to submit the agreement and motion for approval. This is the parties' first such request.

Thank you for your consideration.

Most Respectfully and Appreciatively,

/s/ Mark J. Weinstein
Mark J. Weinstein


cc: Katz Melinger