MEMORANDUM ENDORSED

# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
ndgrunfeld@katzmelinger.com

December 12, 2025

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Castillo et al v. El San Juan City Island on 5th Ave LLC et al***
**Civil Action No. 1:21-cv-02824-GHW**

Dear Judge Gorenstein:

We represent plaintiffs Mercy Castillo, Jessica Lora, and Emilio Ruiz in the above-captioned matter, and write jointly with defense counsel to move for the matter to request an extension of thirty days to submit the settlement agreement and motion for approval.

On October 14, 2025, the Court directed us to submit the agreement and *Cheeks* motion on or before November 14, 2025. On that date, we requested an extension of thirty days, until December 15, 2025, which request was granted. Although the parties have made diligent efforts to obtain the signatures of all parties, some are still outstanding. Accordingly, we request an extension until January 14, 2026, to submit the agreement and motion for approval. This is the parties' second such request.

Respectfully,

*/Nicole Grunfeld/*

Nicole Grunfeld

Extension to January 14, 2026, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 12, 2025