UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MERCY CASTILLO et al.,                                  :

                    Plaintiffs,                         :          ORDER

-v.-                                                    :

EL SAN JUAN CITY ISLAND ON 5ᵗʰ AVE LLC      :          21 Civ. 2824 (GWG)
et al.,

                                                        :

                    Defendants.                         :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The settlement agreement in this case contains electronic signatures of the three
plaintiffs.   Strangely, the signatures appear on both the English and Spanish versions of the
settlement agreement.   If a plaintiff speaks both English and Spanish fluently, it was
unnecessary for them to sign the Spanish version.   If a plaintiff speaks only English, it was
improper for them to have signed the Spanish version as they could not understand its contents.
Similarly, if a plaintiff is exclusively a Spanish speaker, they should not have signed the English
version.

        All this begs the larger question of how the three electronic signatures came to be placed
on a single document.

        The Court is not necessarily requiring inked signatures as long as it is persuaded that the
plaintiffs were given the opportunity to read the settlement agreement and either signed or
knowingly consented to have their electronic signature placed on the settlement agreement.   The
plaintiffs are directed to file a sworn statement from someone with personal knowledge that
addresses this question.

        SO ORDERED.

Dated:  January 16, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge