UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MERCY CASTILLO et al.,                                  :

        Plaintiffs,                                  :     ORDER OF DISCONTINUACE

        -v.-                                            :

EL SAN JUAN CITY ISLAND ON 5th AVE LLC     :     21 Civ. 2824 (GWG)
et al.,

                  :

        Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act.  On July 15, 2025, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filing dated January 15, 2026  (Docket # 222),  the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable.  The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot.  The Clerk is requested to close the case.

      SO ORDERED.

Dated: January 27, 2026
       New York, New York

                             _____
                             GABRIEL W. GORENSTEIN
                           United States Magistrate Judge